UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VERNON O. THOMPSON, JR.,
a/k/a Burnie Thompson,　　　　　　　　　CASE NO.: _____

　　　Plaintiff,

v.

CITY OF PANAMA CITY BEACH,

　　　Defendant.
_____/

## NOTICE OF REMOVAL

TO:　THE JUDGES OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF FLORIDA, PANAMA CITY DIVISION.

Defendant CITY OF PANAMA CITY BEACH, pursuant to 28 U.S.C. §§1331, 1343, 1441(a), 1446, and Local Rule 7.2, hereby gives its Notice of Removal of an action pending in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, and states:

The City is the Defendant in a civil action in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, styled *VERNON O. THOMPSON, JR., a/k/a Burnie Thompson,* Plaintiff, *v. CITY OF PANAMA CITY BEACH,* Defendant*,* and assigned Case Number 19001336CA. The Complaint

brings a single Count against the City for First Amendment Retaliation[1] and is brought pursuant to 42 U.S.C. §1983. This Court therefore has subject matter jurisdiction over this action based on federal question jurisdiction, 28 U.S.C. §1331, because the action asserts a claim or right "arising under the Constitution, laws, or treaties of the United States."

Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court proceeding are attached hereto as Exhibits "A" (Order Severing Count I), "B" (Notice of Filing Plaintiff's Severed Claim), "C" (Complaint), "D" (City's Answer and Affirmative Defenses), and "E" (Notice of Removal).

A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the Fourteenth Judicial Circuit, in and for Bay County, Florida, on this date.

**WHEREFORE**, Defendant CITY OF PANAMA CITY BEACH requests that all claims in the referenced action now pending against it in the Fourteenth Judicial Circuit, in and for Bay County, Florida, be removed to this Court.

---

[1] Count I (pp.15-18) – the sole claim removed and at issue before this Court – was severed by the Circuit Court from a case involving a multitude of state law claims between multiple parties.

Respectfully submitted this 2nd day of May 2019.

COPPINS MONROE, P.A.

*/s/ William B. Armistead*
Michael F. Coppins, FBN: 242667
Gwendolyn P. Adkins, FBN: 0949566
William B. Armistead; FBN: 0088535
1319 Thomaswood Drive
Tallahassee, Florida 32308
Telephone: (850) 422-2420
Facsimile: (850) 422-2730
mcoppins@coppinsmonroe.com
gadkins@coppinsmonroe.com
warmistead@coppinsmonroe.com
bmiller@coppinsmonroe.com
adelk@coppinsmonroe.com
ATTORNEYS FOR DEFENDANT
CITY OF PANAMA CITY BEACH

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

Furthermore, a true and correct copy of the foregoing has also been furnished on this 2nd day of May 2019 via electronic mail to:

Marie A. Mattox
Thomas L. Dickens, III
**MARIE A. MATTOX, P. A.**
thomas@mattoxlaw.com
marie@mattoxlaw.com
marlene@mattoxlaw.com
michelle@mattoxlaw.com
ATTORNEYS FOR PLAINTIFF
VERNON O. THOMPSON

*/s/ William B. Armistead*

3